IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 1:12-CR-3012-JMC |
| MARC TAPIA, | ) |
| Defendant. | ) |

## ORDER GRANTING UNOPPOSED MOTION FOR PERMISSION TO APPEAL IN *FORMA PAUPERIS (Doc. 132)*

**THIS MATTER** having come before the Court on Defendant's Unopposed Motion to for Permission to Appeal in *Forma Pauperis* (Doc. 132) and the Court being fully advised in the premises finds the motion is well taken and should be granted.

**THEREFORE,** the Court grants Defendant's Unopposed Motion for Permission to Appeal in *Forma Pauperis,* and allows the Defendant to proceed on appeal without prepayment of costs or fees.

_____
Honorable Joel M. Carson III
United States Circuit Judge
Sitting by Designation